**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS LAMBERT,**

    **Plaintiff,**

**v.**                                               Case No.  8:04-cv-608-T-30TBM

**MONACO COACH CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  This Order clarifies the Endorsed Order (Dkt. #93) entered earlier today which denied Defendant's Emergency Motion for Protective Order (Dkt. #90).  Defendant sought to enjoin Plaintiff's expert from conducting an additional inspection of Plaintiff's RV.  That Motion was denied because the real issue is whether Plaintiff's expert should be allowed to alter his or her testimony at this late date.  It is unknown whether an additional inspection will affect the expert's opinion in any way.  If it does, then Plaintiff would have to provide a supplemental report, at which point Defendant may seek appropriate relief, such as to bar the belated opinion or be allowed additional discovery.  The relief granted may depend on the nature and extent of the changed testimony.

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-608 Emergency Motion Preclude RV Inspection.wpd